No. 3197. TORRES, APELANTE, *v*. AMERICAN RAILROAD COMPANY OF PORTO RICO, APELADA.—C. de D. de Ponce. R. dic. 21, 1923. Desestimada la apelación por los fundamentos de los casos de *Sanders Philippi & Cia., Scres., S. en C.*, v. *Rivera*, 28 D. P. R., 957, y *Pagán* v. *Pagán*, 32 D. P. R., 640.

No. 3204. PIÑERO, APELADO, *v*. VÁZQUEZ, APELANTE.—C. de D. de San Juan, Distrito Segundo. R. dic. 21, 1923. Apareciendo que la sentencia decretando el desahucio por falta de pago de fecha 20 de nov. 1923 fué apelada el 26 del propio mes, sin que se consignaran los cánones de arrendamiento vencidos; vista la ley, se declaró con lugar la moción y se desestimó el recurso.

No. 3195. TORRES, APELADO, *v*. RAMOS, APELANTE.—C. de D. de Ponce. R. dic. 21, 1923. Desestimado el recurso a instancia del apelado por no haber el apelante radicado en tiempo la transcripción de los autos.

No. 3133. DEL ROSARIO, APELANTE, *v*. SANTIAGO ET AL., APELADOS.—C. de D. de Humacao. R. enero 15, 1924. Habiéndose archivado la transcripción de los autos en la secretaría de este tribunal el 7 de agosto, 1923, sin que la apelante haya radicado alegato ni solicitado prórroga para ello, se declaró con lugar la moción del apelado y se desestimó el recurso.